EDWARD K. FENNO, Respondent, *v.* ONTARIO CONSTRUCTION COMPANY, Appellant.

*Fenno* v. *Ontario Construction Co.*, 146 App. Div. 902, modified.
(Argued January 29, 1913; decided February 14, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 24, 1911, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover a balance alleged to be due under a building contract.

*Ernest I. Edgcomb* and *William Nottingham* for appellant.

*Frederic E. Storke* for respondent.

Judgment reversed and new trial granted, costs to abide event, unless within twenty days plaintiff stipulates to deduct from the judgment the sum of $277.06, in which case judgment as reduced is affirmed, without costs in this court to either party; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.